

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00838-CV

**IN THE INTEREST OF D.J.T.**, Jr., D.T., and D.J.T., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01547
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. We ORDER that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent.

SIGNED February 1, 2023.

_____
Irene Rios, Justice